OPINION — AG — ** GRAND RIVER DAM AUTHORITY — REVENUE BONDS — FACILITIES ** THE INSERTION OF THE NATIONAL SECURITY CLAUSE IN SAID INSTRUMENT OF CONVEYANCE WOULD 'NOT' VIOLATE THE " MORTGAGE OR CONDITIONAL SALE " INHIBITION IN 82 O.S. 874 [82-874], AND HENCE, THE GRAND RIVER DAM AUTHORITY LATED FACILITIES, SUBJECT SAID CLAUSE. (STEAM POWER GENERATING PLANT, SUBJECT TO MORTGAGE) CITE: 82 O.S. 861 [82-861] 82 O.S. 874 [82-874] (MAINERD KENNERLY)